FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 JUN -6 PM 12:58

UNITED STATES OF AMERICA

v.   CASE NO. 6:18-cr-131-O\-41KRS

                                     18 U.S.C. § 2252A(a)(2)

DEEPAK DESHPANDE   18 U.S.C. § 2251(a)
                                     18 U.S.C. § 2422(b)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 19, 2018, in the Middle District of Florida, and elsewhere, the defendant,

DEEPAK DESHPANDE,

did knowingly receive child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT TWO

Beginning on or about March 30, 2018, through on or about April 1, 2018, in the Middle District of Florida, the defendant,

DEEPAK DESHPANDE,

did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and the visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

2

## COUNT THREE

From a date unknown, but at least from on or about March 30, 2018, through and including on or about April 1, 2018, in the Middle District of Florida, and elsewhere, the defendant,

DEEPAK DESHPANDE,

using a facility and means of interstate commerce, that is, the Internet and a cell phone, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## COUNT FOUR

From on or about May 7, 2018, through on or about May 12, 2018, in the Middle District of Florida, and elsewhere, the defendant,

DEEPAK DESHPANDE,

using a facility and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## **FORFEITURE**

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 2253 and 2428.

2. Upon conviction of a violation of 18 U.S.C. §§ 2251(a) or 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110:

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

4

      a.     any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

      b.     any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

4.     The property to be forfeited includes, but is not limited to, the following:

      a.     Black iPhone X collected from DESHPANDE on May 12, 2018;

      b.     White iPhone X collected from DESHPANDE on May 12, 2018;

      c.     iPhone SE – IMEI 355800079265660;

      d.     Black iPhone Plus – IMEI 866265036974592;

      e.     Canon video camera – Vixia HSX200;

      f.     Nikon D810 still camera;

      g.     Lumix DMC-GH4 still camera;

      h.     MacBook Pro, serial no. CO2KGONUFFT3; and

      i.     iPhone Silver, model A1660 collected from DESHPANDE on May 12, 2018.

5.     If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Emily C. L. Chang
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

6

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DEEPAK DESHPANDE

## INDICTMENT

Violations:

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2251(a)
18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 6th day of June, 2018.

_____
Clerk

Bail $ _____

GPO 863 525