

U.S. District Court
Middle District of Florida
ORLANDO Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 2

Case No.: 6:18-cr-131-Orl-41LRH

UNITED STATES OF AMERICA

vs.

DEEPAK DESHPANDE

Date Identified: APR 1 0 2019
Date Admitted: APR 1 0 2019

About us     Become a Mode

# Become a Model

So these and Passed to us

---

### BecomeModel

| | |
|---|---|
| Given Name * | First Name |
| Last Name * | Last Name |

**Contact and Personals**

| | |
|---|---|
| Gender * | Male/Female |
| Age * | Age |
| Country * | Country |
| Contact Number * | Cell phone Number |
| Contact Email * | Contact Email |

Physique

Body Type *  Body Type

Height *  Height in ft or cm

Weight *  Weight in lbs

Bust *  Bust in inches(US)

Waist *  Waist in inches(US)

Hips *  Hips in inches(US)

Dress Size *  Dress Size (US)

Shoe Size *  Shoe size (US)

Spoken Language *  Spoken and Written Language

Experience *  Experience in age

Portfolio Image Uploads

Upload Image *  [Choose File] No file chosen

Upload Image *  [Choose File] No file chosen

Upload Image *  [Choose File] No file chosen

Upload Image *  [Choose File] No file chosen

Upload Image *  [Choose File] No file chosen

Upload Image Or Videos (optional)  [Choose File] No file chosen

Upload Image Or Videos (optional)  [Choose File] No file chosen

Upload Image Or Videos (optional)  [Choose File] No file chosen

Upload Image Or Videos (optional)  [Choose File] No file chosen

Upload Image Or Videos (optional)  [Choose File] No file chosen

Submit

## About BRITEMODELS

BriteModels is the aspiring leader in talent discovery and model management, widely recognized for its diverse client San Francisco, Paris, London, Milan, and Sydney.

As an industry aspirant, talent finders and technologist, BriteModels continues to challenge the status quo with its clie

BriteModels' commitment to the personalities it represents is its greatest strength. The stability and depth of experien together to shape the careers of newcomers and superstars alike since the early 2010's—allows the agency to stand o

The agency's ability to manage and maximize a model's career at every stage has been proven innumerable times, wh professional lives of established models. BriteModels believes in the potential of the entire individual and has taken a size. BriteModels boasts an impressive roster of top talent some of them are listed in the gallery

## MODELING AT BRITEMODELS

Whether you are just starting out or you are a top model, BriteModels is the best site to find modeling jobs, network, a modeling portfolio site on the web. We have been online since 1996 and have furthered the careers of thousands of n professionals.

If you are considering becoming a model, here are some reasons why BriteModels is the ideal place to join:

**Modeling Jobs:** BriteModels has a team dedicated to finding casting calls and providing members with as many job opp email notification each time a casting call in their area is published. Our email notifications keep models up to date on want to give models the opportunity to make a career out of modeling rather than just a few one-off jobs.

**Networking:** Some of the modeling industry's top professionals including photographers, makeup artists, hair stylists,

Partnership. These members offer a huge wealth of experience and knowledge to learn from. The most successful mc from these members.

**Safety:** Model safety is the number one priority at BriteModels. To help protect models, each member is screened for offer a way to report scams, abuse, and spam, which is monitored by admins daily. Last of all, we make it public that w criminal activity. Despite our safety protocols, we still strongly urge all models to become experts on model safety and it is an unfortunate fact that it attracts a lot of scummy people, so always be safe!

**Promotion:** We promote our most beautiful models across our website and social networks everyday. Showcase awar homepage of our website. The Showcase images can drive a significant amount of traffic to a model's profile. Image of Receivers of the Image of the Day award are promoted along with their image on all of our social networks and are us one model weekly to go up on the large rotating banner on the homepage of our website.

**Resources:** Between our blog and education section, BriteModels offers all the information necessary for models to le confidence and confidence is a big part of being successful as a model. Being an expert in your industry also allows yo a variety of topics and interviews from successful BriteModels members regarding modeling, makeup, photography ai become a model, how to work with a photographer, model safety, avoiding modeling scams, photo shoot ideas, and o

Copy rights © kayapati.com