

U.S. District Court
Middle District of Florida
ORLANDO Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 3

Case No.: 6:18-cr-131-Orl-41LRH

UNITED STATES OF AMERICA

vs.

DEEPAK DESHPANDE

Date Identified: APR 1 0 2019
Date Admitted: APR 1 0 2019

← **Nick Cuban** ›

I won't even stop anyone leaking your stuff anymore. I am myself leaking you when it comes close.

Remember Jason ? He still runs around with your nudes. I am not going to stop him ever. Let him rot you like the bitch you are and the way you treat others

I'm sorry

Don't be. You deserve what comes to you. Your attitude is annoying as shit

That's not true.

That will make you a whore if it's not made it already

Gtfo here

You suck pretty much bland

Type a message...

0641







← **Nick Cuban** ›

You're here to use me and make money.

Not to help me.

I am not going to support any whore who is making her own ill gotten trap

Say how it is.

You know why you are here right ?

Because you trapped me.

Because I don't have a choice.

Because of one guy stopping you from making you a bitch

He doesn't even like me. Not even remotely.

Type a message...

0644



← **Nick Cuban** ›

remotely.

Idk why he does it but if he's out you will deserve what's coming in

I didn't trap you fucking idiot

You worked magic on someone and that's why you are here

He doesn't like you probably because of your attitude

It stinks like crap

Had you finished what you set to you wouldn't be facing this but your ass can't keep it shut

Have to ruin everyone's day

If I wanted to I can't drop out. Meaning that I am indeed trapped into some dangerous game that I



Type a message...

0645



← Nick Cuban ›

If I wanted to I can't drop out. Meaning that I am indeed trapped into some dangerous game that I didn't ask for.

Even if I finished it isn't done there.

You you you you you

I feel like this isn't ever going to end.

That's all you got bitch

It's only about you

That's true. Myself and Nick's support is all I have.

Hello listen to me for a second

You only insult people and turn them into something ugly for fun

Type a message...

0646



← **Nick Cuban** ›

You only insult people and turn them into something ugly for fun

You as an individual is nothing which people care

You have zero credibility

No one likes you

Okay

No one in your school even fucking cares about you, you know why ?

Because you have this gut attitude which stinks

Oh

What guys have you is for a fuck

You are a piece of meat that's good

Type a message...

0647



← **Nick Cuban** >



What guys have you is for a fuck

You are a piece of meat that's good to fuck and throw

What I am doing makes you a person to respect

That bullshit isn't going in your stupid head

If Nick steps out you will know what your life will be. Let me help you visualize that

You will go back to your life ? You will meet a few fucks and get fucked and laid

A few side hos and relationships that's the end

No one will respect you for your worth or your inner strength

Type a message...



0648

← **Nick Cuban** ›

You won't have luxury in life to settle up and have some home to call

You will rot with your step dad and or some fucks who want a pussy

That's all you will be if this doesn't happen

Your life is getting attention because I work for it bitch

I make Nick stay in your life

Okay.

If I am out he's out and you are ?

Think over what I wrote and find me different answer

Tel me you have a bigger life awaiting for you and I will hear your lies

Type a message...



← **Nick Cuban** >

Think over what I wrote and find me different answer

Tel me you have a bigger life awaiting for you and I will hear your lies

It simply sounds like smart manipulation.

First you tell me I'm shit

Then

Hey

You tell me I'll suffer the rest of my days

Gtfo

Why

Type a message...

0650



← **Nick Cuban** ›

You are scum who doesn't get it right

Why do you have to do this to me?

And there you go again. I really don't understand

You can't make a choice on what's being discussed instead you crap your mouth with some third rated drama on tv

You are shit. I was trying to find a better shit for you. But you can't even hold that up your alley.

That is your worth

I don't know what to tell you.

Smart manipulation my ass bitch

Learn how the life is

Type a message...

0651



Nick Cuban >

Learn how the life is

Go take a moment sit down and think

You say this is always about me. That I'm selfish. That is all I've been hearing.

Think what you are doing in your life that makes it big

I'm just hurting. Hurting so bad and I'm praying this ends.

I am not alone ?

I hate my life. I hate what this is.

Devin, And all the girls you spoke to say the same

I hate it to the point that sometimes

Type a message...

0652

← **Nick Cuban** ›   

I hate it to the point that sometimes the thought of overdosing on anything because tempting

 This ends never. This will haunt you throughout your life. The choices you made will effect throughout

I can't do this right now. I can't believe what you're saying. I can't. I've gone beyond what I can handle emotionally. I need a break.

Then I guess I'll end me by my own hand.

 No one gets such a damning shot at life at 16. Only a few lucky ones do. But you will be an example of how to ruin it all

Go end it and die. Do whatever

Type a message...

0653



← Nick Cuban ›

Extra Miles ›

15 minutes ago

If something happens to her you are responsible dude. You will have this on your conscious throughout your life.

Lmao whatever lol. If she's dead. I will wait for the news and you can read it in news that I am dead too. But before I am dead I will make sure her entire family rots in hell. I will dump everything and die. I am not up for raping my own ass. That bitch doesn't get it. So let her do what she wants to

Idk why you are being such a bitch but whatever man. Life lost is life lost

Don't threaten me Nick. She is a lousy head who doesn't care nor think. I have been so lenient with her but that bitch doesn't get it. She wants to fuck around and waste her

Since you are fucking dying know your wish too.

Extra Miles ›

Idk why you are being such a bitch but whatever man. Life lost is life lost

Don't threaten me Nick. She is a lousy head who doesn't care nor think. I have been so lenient with her but that bitch doesn't get it. She wants to fuck around and waste her life being with assholes. If that's what she wants she gets it. She's acting rn. She wants to die let her die. If she dies I will get raped in my



Type a message...

# Nick Cuban >



← Extra Miles >

 Idk why you are being such a bitch but whatever man. Life lost is life lost

Don't threaten me Nick. She is a lousy head who doesn't care nor think. I have been so lenient with her but that bitch doesn't get it. She wants to fuck around and waste her life being with assholes. If that's what she wants she gets it. She's acting rn. She wants to die let her die. If she dies I will get raped in my ass so I better die. But before I die, I will fuck her family thoroughly and die. For the bitch who couldn't hold her ass up ? This is perfect present back into her own gob.

And honestly stop acting like she's sane. She's not. Idek why you are defending her. Read the screenshot I sent. She's a bitch who doesn't get what's being told and shows her dirty ass whore attitude to me. That attitude will kill her. No one likes her. Idrk why you do and defend her. Honestly if she's dying then I

← Extra Miles >

Don't threaten me Nick. She is a lousy head who doesn't care nor think. I have been so lenient with her but that bitch doesn't get it. She wants to fuck around and waste her life being with assholes. If that's what she wants she gets it. She's acting rn. She wants to die let her die. If she dies I will get raped in my ass so I better die. But before I die, I will fuck her family thoroughly and die. For the bitch who couldn't hold her ass up ? This is perfect present back into her own gob.

And honestly stop acting like she's sane. She's not. Idek why you are defending her. Read the screenshot I sent. She's a bitch who doesn't get what's being told and shows her dirty ass whore attitude to me. That

Type a message...

     

← **Nick Cuban** › 

← Extra Miles ›

> Don't threaten me Nick. She is a lousy head who doesn't care nor think. I have been so lenient with her but that bitch doesn't get it. She wants to fuck around and waste her life being with assholes. If that's what she wants she gets it. She's acting rn. She wants to die let her die. If she dies I will get raped in my ass so I better die. But before I die, I will fuck her family thoroughly and die. For the bitch who couldn't hold her ass up ? This is perfect present back into her own gob.

> And honestly stop acting like she's sane. She's not. Idek why you are defending her. Read the screenshot I sent. She's a bitch who doesn't get what's being told and shows her dirty ass whore attitude to me. That attitude will kill her. No one likes her. Idrk why you do and defend her. Honestly if she's dying then I am going ahead and making my plans to dump her shit out. I will avenge the shit that's brought up on me

I am ending this as soon as I hear your news. You loath this ? You get this in return. Have fun while rotting to death

Wed, Apr 25 9:19 PM

 By his and your silence I am thinking that you are either dead or pretending to be dead.
On the other hand I am sure Nick is

Type a message...

     

  

← **Nick Cuban** ›



By his and your silence I am thinking that you are either dead or pretending to be dead.
On the other hand I am sure Nick is erasing all the content.
I am left with no option but to go ahead and dump out the stash.
Alright then I am dumping it all

So bitch you go and delete me from Snapchat and go silent dead ? Now wait and watch what happens.

I will go and proceed this in worth

6:21 AM

Why are you so heartless?

Why can't you just leave me alone? What the fuck have I done to you to deserve all this?

You make me want to die. That's a serious comment that I don't think

Type a message...



0657

← **Nick Cuban** › 

You make me want to die. That's a serious comment that I don't think you understand. I can't handle the heat anymore. I have a broken spirit. I want to be left alone so badly and just have my old life back. Where I'm not disrespected every day and forced to do things I don't want to.

In a way, I really hate you. You've destroyed me. I don't feel the same. And you mean nothing but harm when I don't want to cooperate with your games. I'm so sick of it and just emotionally drained.

I know you don't care whatsoever but I just can't fathom how much a person has to go through to end up like you. I'm really sorry Roger. I can't imagine what's it's like not giving a fuck about people's feelings and lives. I'm always blamed for everything. I'm tired of it. I always



Type a message...

← **Nick Cuban** ›

everything. I'm tired of it. I always have to bow down to you as if you were the god of God's. I have to watch what I say or I'll be in trouble. Even if I'm joking or make a mistake I could still get in trouble. My personality doesn't fit with anyone's here. And I feel like the most hated person in the world.

You're just such a bully. I'm saying this while crying because this pains me so bad. The things you said to me really hurt me and I can't get past it.

I wish you could understand.

7:08 AM

I don't want to do this anymore. I don't want to sleep with Nick once more. I hate it. I hate it all to the fullest extent. Yet I've been smiling through the pain for the past 10 months

Type a message...



0659

← Nick Cuban › 

through the pain for the past 10 months.

It's fucking hard to stay strong. Especially when you have to do things again and again and again. It's mentally destroying me and I'm literally physically deteriorating me.

I don't want to do this anymore. I don't want to sleep with Nick once more. I hate it. I hate it all to the fullest extent. Yet I've been smiling through the pain for the past 10 months.

It's fucking hard to stay strong. Especially when you have to do things again and again and again. It's mentally destroying me and I'm literally physically deteriorating me.

All I want to do is be a teenager again. You're taking that from me. Along with my confidence, strength and pride.

Type a message...



0660

← Nick Cuban › 

All I want to do is be a teenager again. You're taking that from me. Along with my confidence, strength and pride.

You're killing me.

I told you I needed a break and yet you're pushing. I can't keep overworking myself with you. Thinking about every fucking comment and crtique. I'm just so tired and ready to implode.

But whatever it doesn't even matter anymore.

It never has anyway.

Because I'm selfish and the only feelings that matter are yours and Nick's right?

And no I'm not sane. You drive me

Type a message...

     

 

0661

← **Nick Cuban** › 

And no I'm not sane. You drive me insane.

You and Nick will surely blame me for yet another fallout. But this is just what happens when one can't handle the heat.

You don't like facing this. Maybe because it's true. But, I'm 16. Not 20. Not 36. Not 45. Not 50. Not yet. My actions only correlate to my age.

11:55 AM

I had taken 250000$s as loan to make this work and I am in debt. I was waiting for this to be over with but because of your stupid attitude which obviously sucks this has gone south. I am now haunted for my life and I will return the favor. Had you had a little respect for work you started this would be over by now. But you can't keep your ass straight

Type a message...

     

 

← **Nick Cuban** >

I had taken 250000$s as loan to make this work and I am in debt. I was waiting for this to be over with but because of your stupid attitude which obviously sucks this has gone south. I am now haunted for my life and I will return the favor. Had you had a little respect for work you started this would be over by now. But you can't keep your ass straight and have to wiggle to every dick that comes by. That's the reason for fallout. It's not me, it's not us, it's not anyone it's you, your attitude and your disrespect which caused this anger.

You want to be teenager and go fuck around bitch this is what you get. You say I am being nice to nick ? He felt the smacks yesterday for what's he done. Now you are facing the heat.
I had warned you not to step back

Type a message...



0663

← **Nick Cuban** ›

I had warned you not to step back and rot me but you did anyway. So I am doing it back. I promised you that if you hurt me I will hurt you.
You are crazy psycho here to come and beat me and expect me to be nice. You call me questions on how I was raised ? You sick fuck you couldn't handle a little criticism I gave you that day for your taste.

I have about 1000 requests on insta waiting to be accepted for one pic I posted. Now wait till I bring more. Each and every one of your school fellas will be added into my account in matter of days. Entire ███████ will come to see you. Some will hate it but they will still watch your nudes and wait to fuck you when they get a chance. That's step 1.

Next as I promised your mom will pay for what you've done as well. Watch her smack her head on you and your

Type a message...



← **Nick Cuban** ›

Next as I promised your mom will pay for what you've done as well. Watch her smack her head on you and your step dad fuckers hurting my bitch ass.
Then comes your sis and brother. I will make sure they goto juvi.
For what you've done to me there is no good response.
You've hurt me and I will hurt you back.
Ask and find out how he bled last night, hope he's out of hospital. Him and you both will face the wrath as you've done it to me. And for what ? Not being honest for a little longer. Because you fucked up in the midst. Just in the midst of everything. Just last minute fuck up.

It's not me who's heartless, it's you who's self centric and self gutted. You will watch the whole life break down on you right in front of your

Type a message...



0665

← **Nick Cuban** ›

who's self centric and self gutted. You will watch the whole life break down on you right in front of your eyes for what you've done to me. You are the reason for all this. You you you. You are to be blamed.

I want to be left I want to be left alone this is what you cry nonstop. Screw you. I just wanted this to end for once.

You don't want to sleep and make what was needed ? Now feel the burn as it comes.
C███ M█ s███ k███ D█ mom dad sis and brother everyone will find out how you fucked me over and what has come to you. Everyone !!! Everyone !! Nick already has his shit loaded up last night. Now watch what you've done to everyone. Since you didn't want to cooperate you face the heat for your sorry ass.

Type a message...

← **Nick Cuban** ›

You've got hurt by what I said ?
That's a bullshit lie. It made you feel
bad for a few mins after self
realization as to how poisonous and
toxic you are to everyone. But it
didn't stop you from going back to
your shitless day. You are back to
normal to fuck around. Just as I said
you are.
As you made me helpless and feel
pathetic I will make you the same. I
will take away all your things you
cherish. Wait for the packages to all
your friends and family.
Your home and mom is last. Just
before your good friends and █████
High.

2:22 PM

R✓ Can you please fucking not

3:09 PM

 Why should I listen to you when
you've wrecked everything that I

Type a message...



 

← **Nick Cuban** ›



Why should I listen to you when you've wrecked everything that I worked for ?

Did you care about this when I asked you to finish the stuff I asked you to do ?



I just wanted to have a conversation. A normal one. You said so many things that really hurt me.

Did you care when I asked you to not fuck up in the middle and drop me to get my ass whooped? No

Did you care that I will be dead by the time you fuck up, so don't fuck me up requests ? No

Now you come expecting me to forgive you ? How shameless can you get ? You are opportunist who cares about no one

Type a message...

     

 

0668

← **Nick Cuban** ›

Now you come expecting me to forgive you ? How shameless can you get ? You are opportunist who cares about no one.

Where was this "please" attitude a few days ago ? No where.

Here is how I've viewed it and how I've always looked at it.

It's in my personality to not bow down to anyone. Yes I can respect others but I'm not anyone's bitch. Its hard for me to be subdominant to anybody

That's not true

If you honestly think I'm an opportunist and I'm who centric, then just go

Type a message...

← **Nick Cuban** › 

This isn't going to go anywhere because it's not true. I care but I'm at a point where no matter what I say, I'm not ready to move forward

My nose bled this morning when I read your message

Can't happen like this. If you don't want to be anyone's bitch then behave respectfully to others. Work your way up and make your words heard. I never bothered you when you were working ? I always respected you when you were down. Your respect goes for dust when you humiliate others.

You insulted me when I asked your help. And when I insulted back you ran out like a pussy

I didn't run because of that



Type a message...

0670



← **Nick Cuban** ›

I ran because nick looks down upon me so much and doesn't get me. I'm sick of him.

I got angry

I wanted to be alone.

Whatever you say rots when you don't pay respect to others

You insult others you get the same back

Whatever I say rots because it's not you or nick saying it

That's just how it is

Nick is fucking asshole

I told him get her back or I will bring this to bad end. And he tries to offer me money 2 Wtf 2 I am some jerk or

Type a message...

0671

 Nick Cuban › 

I told him get her back or I will bring this to bad end. And he tries to offer me money ? Wtf ? I am some jerk or what ? Then he comes to emotionally blackmail me ? Fuck no bitch. I am dying and I need emotions ?

He didn't even get you back nor responded with courtesy. He got what he deserved

What did you do

You talk exactly like nick.

I'm going back to feeling insecure

And everything is distorted

 You can go fuck yourself

You've always talked exactly like him

Type a message...

     

 

0672

← **Nick Cuban** ›

You've always talked exactly like him

Only he would get angry at such a remark

Otherwise you'd be like

"pft no "

But you get angry.

I'm scared

You expect me to pfft it off after 10 months of fuckup ?

Go lose yourself and drain out. I am tired of what you compare and fishing out.

I am going to meet you when they kick you out of school and home. You can still call me nick at that time. I won't complain

Type a message...

0673



← Nick Cuban ›

The way you have rid me of my friends and known folks I will do the same to you

How did I do that?

You have ruined me to ground and I will do the same to you

Payback

Okay then.

Don't you have little shame to ask how ??

Okay then

I'm not the one doing the leaking.

Idk what has happened in been going on

Type a message...

0674



← Nick Cuban ›

Idk what has happened in been going on

And*

I just want this over. Right now.

I have about 2000+ emails and notifications begging by people to let me join my insta. That speaks volume of the extent I can go. Be happy I haven't joined ▮▮▮high group yet. That will happen when the beast goes live

Had you wanted to get this over with you would have shut your ass up and did your work but your ass cannot sit still

You burned this

No one was listening to me. Not even nick.

Type a message...

0675

← **Nick Cuban** › 

You burned this

> No one was listening to me. Not even nick.

> Everyone was quick to point fingers and say, your fault. But no one was actually helping the problem.



Awe dat sad 😟 do I bring the problem ? Did I make that mess up ? Naw ? Then did lawd ? There's ain't no point when you weekly come up with some or the other excuses. That bitch doesn't listen to any dog. He made up stories on stories tryna extend the meetup date. I wanted this end in December who fucked up ?

Now you're all dolled up and tryna make some excuse outa this ? Isn't that so cute ?

Type a message...



← **Nick Cuban** ›

Please stop.

I'm begging you to please just slow down.

Slow down so that you both come hunt me down lol 🤣 you are creep like him lmao
And you come tell me I am him. I think it's best you do that lol. So whatever I do it goes to him

Laugh emojis.

During a serious conversation

Can you not

I'm trying to finish this. I blew up and ran because I can't handle this anymore. So let's end it

No thank you. You did good thing.

Type a message...

0677



← **Nick Cuban** ›

No thank you. You did good thing. Now it's all his game. No one knows me anyway

I'm sick of your games.

I'm called mental but look at your twisted games. I can't keep up.

Don't rub in hard place hon

Or you want me to change the pic to display full image and get everyone involved

Till now I never dropped your stuff on mains but now I am inclined to put that on mains so it hurts you where it pains hard bitch

You're so aggressive??? What the actual fuck

Type a message...

0678



←    Nick Cuban ›

Where's nick

Aggressive my ass. When your life is in dark you're scared of no shit

You act bitchy you get bitchy back

How da should I know ? You know better ? Or this some new game shit now ?

You said someone was in the hospital.

Who's in the hospital

Can I ask you something?

He should be coz what he coming last night did him good

What's that

~~What happened to him?~~

Type a message...

0679



← **Nick Cuban** ❯

What happened to him?

You and Nick both claimed to have nudes from way back. Now it has come to my attention that all of that was a lie and I handed over nudes unnecessarily. Why?

Huh ? Go figure and do me a favor don't message back with your shifter drama

I just want to be clear. Set clear ground with 0 confusion.

Seeing as you haven't threaten me with these older nudes, I now know that you don't have them nor you ever did. Correct?

You will see them on your insta soon

Okay. So you do have them

Type a message...

0680

← **Nick Cuban** ›

Okay. So you do have them.

And guess what beans ?

Beans?



Hey boussman everythin tripped over bruh. She kina flaked last min . Bitch has mind o monkey 🐒

Imma dropp the da shit out watch fo it

I mean no disrespect to ya

Yo devil ur boy got smacked up in restroom yo

Yo gal is singing bad rap

Again no disrespect to ya

Kill him idgaf

If she doesn't make if idc

She's always self snobbed from the beginning

Just don't drag me in this

That's yooo old daddy reply which just came in



Type a message...



← **Nick Cuban** ›

Yo devil ur boy got smacked up in restroom yo

Yo gal is singing bad rap

Again no disrespect to ya

Kill him idgaf

If she doesn't make if idc

She's always self snobbed from the beginning

Just don't drag me in this

That's yooo old daddy reply which just came in

My daddy? Who?

Devin baby

Oh we're going to play it like that now? Really?

Why Devin? He has no business in this. He has his Kaia.

Type a message...

GIF

0682

← **Nick Cuban** ›

Why Devin? He has no business in this. He has his Kaia.

He got out and he doesn't care anymore but I still wanted him see

But who the heck does it matter

I am doin what I am set to for you hurting ma ass

Why is he giving you order then?

I don't know what the hell to do with y'all anymore

You don't needa know ? Why you interested

Because it involves hurting nick

Keep up with your double crossing

Type a message...

← **Nick Cuban** ›

Keep up with your double crossing

He's piece of shit

Still

Had he given the tape by now it would be different case

He has helped me many times when Devin had the chance and didn't

But he's playing his games with me so he deserves it

You're being too harsh.

Help my ass. He ratted me out and left me to get fucked

He deserves it

Type a message...

0684



← Nick Cuban ›

He ratted you out?

To who? Over what?

He promised me he will deliver things. He said he will not let me down to cahoots. His promise was waste to believe.

That's a shame I believed him

He go fuck someone idgaf

That's not ratting someone out

Ratting someone else means something else

He knew it would be ratted out

Bitch ratted means shoving someone out of the hood

Type a message...

0685

← **Nick Cuban** >

Ratting means telling on someone

He let me out and rot here waiting all because of you

That's snitch

It's the same thing

And why am I discussing language with you grammar teacher

You could say he cheated you but he didn't eat you out to anybody

I'm sorry. Habit.

A bad one.

Ehh learn that you'll be fucked bad for that

Type a message...

0686



← Nick Cuban >

Even the president gets his ass booted

?

I can't with you.

I don't know what you expect me to do.

Don't you worry you ruined it all

If you're going to punish me, do it already. If you want to attempt moving forward, let's do it.

Time to save your fucking turd and shove up your ass for killing me

You're beating around the bush with no goal.

Type a message...

0687



← **Nick Cuban** ›

You're still alive

Get out of here

Just be direct

I am doing what I want

Gtfo

That's all I ask

Clearly

Get out I don't rats ass nigger to
what you say.

Watch it break in front of you and
tear up more

Or you can act like an adult and get

Type a message...

0688

← **Nick Cuban** ⟩   

Or you can act like an adult and get over this.



Bitch you think people are fools here to believe my foolish words I say ? They will call my bitch ass out and fire in my ass.

Nick ain't no coming ? You ain't no making shit ? Project ain't happening ? I am running coz people are after me ? What do you think it's a joke

So what do you want me to do



Go figure and drink some water. Watch what's coming to your ass. Marked envelopes to your, your friends homes and your schools will be the last blow you will receive. Till then I am collecting all your friends and dumbing them down fwiw. You

Type a message...

     

← **Nick Cuban** > 

 Go figure and drink some water.
Watch what's coming to your ass.
Marked envelopes to your, your
friends homes and your schools will
be the last blow you will receive. Till
then I am collecting all your friends
and dumbing them down fwiw. You
fucked me and I am fucking you over

What's the actual point

What do you get by getting back at
me for whatever it is I did? Joy?

Does it undo all the damage? No. No
it doesn't.

 Yes I get all the joy out of this.
Do me a favor stop banging me with
your sorry ass emotional drama.
You brought this up with your own
games.
It's an eye for eye theory. You hurt
me and I hurt you. How many times

Type a message...

     

 

0690

← **Nick Cuban** › 

 Yes I get all the joy out of this.
Do me a favor stop banging me with
your sorry ass emotional drama.
You brought this up with your own
games.
It's an eye for eye theory. You hurt
me and I hurt you. How many times
do you want me to repeat this ? Told
you once twice and thrice and ... it
continues.
I didn't want this ? You did this bitch.
YOU DID THIS TO YOURSELF. Had
you given my stuff I wouldn't have
even looked at your fanning face. I
would have haunted nick for next
proceedings. BUT YOU FUCKED IT
UP AND NOW YOU ARE BLAMING ME
FOR REACTING TO IT !!! DO YOU
UNDERSTAND ?

COMPRENDE ??????

????

Type a message...

     

 

0691



← **Nick Cuban** ›

No.

Blackmailers usually don't play so many games.

Usually they are to the point

You could be locked up forever.

Could be. Police are highly motivated when it comes to child pornography as well. I would know. A few of my friends brothers are police men and women that I talk to regularly. Surprised I haven't spilled yet

You should do that

Go do it and have fun

I really should. There's so much evidence too.

Type a message...

0692



← Nick Cuban >

I really should. There's so much evidence too.

Yeah ? Doesn't seem like L███████ talking anyway 😝

Watch you on the other side of the internet bitch

See ya.

Haha see ya cop 👮

🚓 👮 🚨

😂😂😂😂😂

In your uniform you look good

Don't see me cop 👮 🙃 see what's coming

Type a message...