U.S. District Court
Middle District of Florida
ORLANDO Division

GOVERNMENT EXHIBIT

Exhibit No.: 4

Case No.: 6:18-cr-131-Orl-41LRH

UNITED STATES OF AMERICA

vs.

DEEPAK DESHPANDE

Date Identified: APR 1 0 2019
Date Admitted: APR 1 0 2019

← **Extra Miles** >

Mon, Feb 19 1:37 AM

That's right yes I am right

Fuck you were shivering so hard

It didn't stop then tho

I knoww.

I loved the after sex cuddling. You were so warm

We laid down and cuddled and I couldn't stop my fingers crawling on you

You were wet instantly when I touched that pussy again
And Lordy we fucked again this time in doggy

Type a message...

**Extra Miles**

> I love it when you cup my titties with such warm, gentle hands.

They are beautiful af

I can still feel them Cushing in my hands warm n supple

> Ty

> The morning sex though 😩

Awe fuck

I need that now

> Ik 😥

Should I keep fiddling my hands inside the T-shirt and wait for you to turn





← **Extra Miles** ›

 Fuckkkkkkkk 😇

Take it off and you will find me like a puppy slurping that off

Oh fuck

 Let me find my wet spot inside

I keep thinking about you ramming it in. Fuck I can't stop it was so good

 Let my tongue dig deep inside

I felt every inch go in and out and it was pure bliss

 I want to lift your thighs up on chest and fuck while my balls slap down that pussy tbh

Yessd

Type a message...

← **Extra Miles** >

**Watching your tits squish will be so good baby** 😘

> Fuck. Fuck. Fuckk. Fuck.

**I will stop**

**Wait for your tongue to come out and let me taste your mouth juices for a second**

**Let me bite your lips**

**Let me taste your tongue**

**Circle my tongue on your nipples and kiss them**

> Nick 😩😩

**And pull my cock out**

> Yes

Type a message...

**Extra Miles**

- And pull my cock out
- Yes
- Should I go inside again
- Yes
- One full swing and I am in
- Feeling the moist pussy deep down
- I won't stop
- Mmmm yes
- It won't stop till you cum
- I imagine you've seen my little eye roll

← **Extra Miles** >

That was one awesome thing


Camera

I still love that scene and it's so beautifully done

Omfg

Yes daddy?

I want that spread on my dick baby

Type a message...

← **Extra Miles** >

I want that spread on my dick baby

That pussy looks so wet and I want to fuck it bad


Camera

I want to stretch it with my dick and make you record it

When I was fucking and you recorded it you were so horny

I know 😊

Type a message...

0566

← **Extra Miles** >

**I know** 😋

Omggggg I need it now

I want to fuck that baby

**I want your cock** 😭

With your legs tied up on your back and my cock inside I want to see your eyes and keep fucking while I kiss your lips

I need that pussy baby

**Daddy it's warm** 😣

I know I want to fuck that till you cream on me

I want to suck on those tits while I fuck

Type a message...

← **Extra Miles** ›

I know I want to fuck that till you cream on me

I want to suck on those tits while I fuck

Drink all the milk and pay you with cum

Not too hard 😋

I am way too hard rn

Don't expect me to be gentle rn

Can I see...

I will bang hard and non stop

You want to ?

Yes please

Type a message...

← **Extra Miles** >

Fuck this is going to be nuts

You can send it on wire if you want



This just sprung out as soon as I pull my pants

Haha welp

Type a message...

0569

← **Extra Miles** >

I did it

> Did what?

Sent a dick pic to you, which I never did

> I know. It was good

I wanted to that's why I sent it

I needed that pussy to wiggle and cum

> I can die happy now

Who'll let you die

> Me

I took that permission away from you

Type a message...

**Extra Miles**

Every time you said no I have kept steady fucking. Even now I will do the same

You horny lil shit

Can't stop

Yeah me too 😂

Take a finger in

It's time to make that puppy cum

Noooo the puppy doesn't want to cum

Last I got a picture it said fuck me rn

Unless that has changed dramatically to a desert warmth I doubt it doesn't want to cum

← **Extra Miles** >

> Noooo the puppy doesn't want to cum

 Last I got a picture it said fuck me rn

Unless that has changed dramatically to a desert warmth I doubt it doesn't want to cum

> My pussy is always a lil wet

 Time to use that pussy then

> Nooo

 You are in deep sleep and in confused state of mind 🤣

It's nearing 3 your time

> Haha I know

Type a message...

**Extra Miles**

> Time to use that pussy then

Nooo

> You are in deep sleep and in confused state of mind 🤣
>
> It's nearing 3 your time

Haha I know

> Are you sleeping or you are watching 50 shades and touching yourself

Sleeping

> Alrighty, get some sleep 😘
>
> Have a good night 😘

Okay, night 💋❤️