U.S. District Court
Middle District of Florida
ORLANDO Division

GOVERNMENT EXHIBIT

Exhibit No.: 6

Case No.: 6:18-cr-131-Orl-41LRH

UNITED STATES OF AMERICA

vs.

DEEPAK DESHPANDE

Date Identified: APR 1 0 2019
Date Admitted: APR 1 0 2019

Dileep,    Saturday Sept 29th, 2018.
    mesru
Eee manshyan kepta musiq anta
Ee manshyage nanage swalpa suddi hdte
adanna nanage phone nyge konnacla d
hdu. Udharanege: "Tell your bro, that
I am eating lunch at Olive garden
noon". And Adanna nanu nanaga
phone nyaga, "nanq olive garden daaga
madhyanna octeka hogiddnanta"
anta hellbeku. Etta Avaan kalasidda
message na save maad byada.
Ella delete maadu. Avanige enu
prashne kelbyada. Avanige enu personal
vishaya helbyada. Ellarigu naanu
Amilli naagavika anta helwni. nanu
adanna helikondu kaapadu. Yaavagalu
Signal private messenger use maadu.
Adaraga dissappearing messages use
maadu

naanu aa kadamyanna hidiye prayatna maadta iddini. Adakica idella. ~~kelsa~~ nivellaru Safe aagi iri. mikkidellella aamele heltheni.

— love )
— Deepak