

# EXHIBIT LIST

___ PLAINTIFF      __X__ DEFENDANT      _____ JOINT

___ GOVERNMENT ___ COURT

CASE NO.      6:18-CR-131-ORL-41LRH
STYLE:        USA V. DESHPANDE

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 4/10/19 | 4/10/19 | | | HANDWRITTEN NOTES BY DEFENDANT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.