FILED

1/4

2019 SEP -4 PM 3:02

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

To:

Clerk of Court,

401, West Central Boulevard,

Orlando, Florida 32801.

Ref: Appeal No: 19-11523-C / District Court #: 6-18-CR-131-ORL-41LRH.

Honorable court,

On August 16th, 2019, my attorney sent me a package in jail without legal markings which contained my appeal that was furnished to eleventh circuit court without my consent and my disapproval. My attorney despite clear instructions, has defied my instructions and went ahead with his own version and agenda to produce an appeal in the court. Hence on 08/19/2019, I sent him letter to relieve himself from my legal representation and withdraw the afore mentioned appeal from the court. I provide the following defense to this court of his misdeeds, deceptions, and deficient performance in representing me legally. I request the court to appoint me a new attorney and relieve Mr. Wagner from representing me and my case. I have also mailed a similar plea to eleventh circuit court on this day, requesting the same relief.

Mr. Sean M. Wagner was appointed as my counsel following a discovery of conflict of interest between me and then counsel Mr. Mark J O'Brien on December 13th, 2018. During our initial conversations, I had made it explicitly clear that, I wished to withdraw my plea as I had been coerced into an involuntary plea with false promises and

evidences. Mr. Wagner assured me of quick assistance to file the motion to withdraw plea. It took Mr. Wagner four months to file a half baked and incomplete motion which got denied. He failed to file the motion without the grounds I had mentioned to him. This was his first defiance towards me and I relented to let it go, thinking of appealing it.

During PSI, I mentioned Mr. Wagner with many objections and the defenses towards those objections. Mr. Wagner neither included my objections nor provided defense to those. He promised me, he would seek "LEAVE OF COURT" during Sentencing to include my objections and defenses. Instead he was mute spectator with no objections or defenses during Sentencing. Infact to my amazement and anger he went ahead and withdrew objections without my consent. Despite my nudges and questions during Sentencing, I was hushed to silence. This was his second act of defiance to follow simple instructions.

After denial of motion to withdrawal of plea, before Sentencing, I asked Mr. Wagner to file an immediate appeal to challenge it with new grounds. Mr. Wagner said he would wait until written order for denial to follow before proceeding. The order didn't come until the day of Sentencing and Mr. Wagner left me hanging during and after Sentencing. This was his third act of deficient performance and not following my simple instructions.

After Sentencing, in multiple mail correspondence to Mr. Wagner, I had given him clear instructions on next steps. At a meeting in Seminole county jail in April, 2019, I told him what to appeal and what grounds to proceed on for my appeal. I went to extent of

providing him with draft copy of appeal he should consider filing on my behalf including references case laws and legal research. I made him clear, that he should look into my case with more attention than Slack. From Oklahoma City transit center, I wrote him letters to let him know again, what he should appeal and on what grounds. I made him abundantly clear that he must not file the appeal without my review of the draft copy and prior consent. I made him abundantly clear that if he doesnot agree to my grounds or my instructions, he should let me know, so that I can make alternate arrangements and choice in representation. I even mentioned him not to file any extension without my prior consent. After coming to U.S.P Victorville, I sent Mr. Klagner four mail correspondences asking for status of my appeal and a legal call to discuss the grounds, but I never received any response. The B.O.P officials were unable to locate or help me connect to him. Despite all my pleas and clear cut instructions to appeal, Mr. Klagner failed me terribly bad. He deliberately ignored me, my instructions, drafts, concerns and filed away his version of appeal which had no grounds that were agreed upon. Mr Klagner didn't even have courtesy to mention he disagree to me or my instructions. In doing so Mr. Klagner made fourth and final act of not following my instructions and standing in defiance against me and my interests. Not just that, he put my life at risk when he sent the appeal package without legal Markings.

   Despite being made clearly aware of my situation in here and my instructions on appeal, Mr. Klagner failed me by leaps and bounds. He failed to follow simple instructions time and again deliberately and put my to legal jeopardy every single instance. I even made my displeasure

clear in Sentencing court as well. Therefore on 08/19/2019, I sent him a letter that I do not wish to use his legal representation anymore. I also asked him to make arrangements to withdraw the appeal or any equivalent measure appropriate.

Hence I request the honorable court to permit withdrawal of the appeal, appoint me a new attorney and allow me to pursue a new appeal with new attorney. I request honorable court to hold any evidentiary hearing if need be to evaluate the situation. I do not agree or attest to the appeal that Mr. Wagner has filed to Appeals court without my consent or the grounds that were discussed. I request to please do not consider Mr. Wagner as my counsel nor his filed appeal as relevant and pertinent to my case.

I request honorable court to look at my legal situation and provide relief. Any time delay in response is due to fact that I am housed in a Secured housing unit. In this housing unit, I do not have access to phone calls, legal research, legal materials or law library. Please do acknowledge my plea and grant me relief.

Respectfully Submitting,

By: Deepak Deshpande,
Reg #: 70487018
U.S.P. Victorville
P.O. Box 3900
Adelanto, CA. 92301

August 23rd/2019
Date: