UNITED STATES COURTS, MIDDLE DISTRICT OF FLORIDA. ORLANDO.

DEEPAK DESHPANDE

V.

UNITED STATES.

CASE NO: 6:18-CR-131-ORL-41LRH.

MOTION REQUESTING CLARIFICATION.

I the undersigned defendent DEEPAK DESHPANDE appearing in pro-se request the following information from the court, directly because my appointed counsel, is refusing to contact, advise and counsel me either through mail correspondence or through telephone. My repeated efforts to reconcile the conflicts and seek advice from counsel have failed. Hence my effort to seek information from the court directly.

1). When does my one year time starts ticking, to apply for relief under habeas corpus.

2). When is my application for relief under 28.U.S.C 2255 due in the court.

3). Using what Fed. Rules of evidence, has government submitted any and all evidence in my case including screenshots and other matterial evidence.

4). How can I, an indigent prisoner in federal prison request and access evidence in my case.

    I also request the court, if it can send me a copy of docket Sheet, as all the documents I possessed in my property

Page ①/②

; B.O.P. I am still awaiting a response from B.O.P and appointed Counsel to send me a copy of all documents. liked response to my Clarification.

correspondence as legal or Special mail to protect my gal rights.

Respectfully Submitted by,

Deepak Deshpande

Reg # 70487-018.

United States Penitentiary

P.O. Box 24550.

Tucson, Az. 85734.