UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                          **Case No: 6:18-cr-131-CEM-LHP**

**DEEPAK DESHPANDE**
_____/

### ORDER

THIS CAUSE is before the Court on Defendant's Motion to Appeal *In Forma Pauperis* ("Motion," Doc. 157). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 159), recommending that the Motion be denied. Defendant filed an Objection (Doc. 161). For the reasons stated herein, the Court will adopt the recommendations in the R&R and deny the Motion.

### PROCEDURAL HISTORY

The procedural history cited in the R&R is incorporated by reference. (Doc. 159 at 1–4).

### LEGAL STANDARD

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's report and recommendation concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Crim. P. 59(b)(3). *De novo* review

"require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

## ANALYSIS

The undersigned cannot articulate it more clearly and succinctly than the Magistrate Judge. "Because Defendant cannot therefore proceed under Rule 41(g), it stands that any appeal of Judge Mendoza's orders denying Defendant's Rule 41(g) motions and/or motions for reconsideration would be without arguable merit." (Doc. 159 at 7). Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner fails to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Defendant is not entitled to appeal as a pauper.

## CONCLUSION

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59, and considering Defendant's Objection, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Objection (Doc. 161) is **OVERRULED**.

2. The Report and Recommendation (Doc. 159) is **ADOPTED** and made a part of this Order.

3. The Motion to Appeal *In Forma Pauperis* (Doc. 157) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party