# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 09, 2025

Deepak Deshpande
USP Tucson - Inmate Legal Mail
PO BOX 24550
TUCSON, AZ 85734

Appeal Number:  25-10703-EE
Case Style:  USA v. Deepak Deshpande
District Court Docket No:  6:18-cr-00131-CEM-LHP-1

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this petition will be dismissed by the clerk without further notice unless the docketing fee is paid to the clerk of this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-10703

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DEEPAK DESHPANDE,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:18-cr-00131-CEM-LHP-1

---

ORDER:

Deepak Deshpande's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE